**STATE v. INGRAM**

[358 N.C. 147 (2004)]

STATE OF NORTH CAROLINA v. JAY EFRAM INGRAM

No. 545A03

(Filed 5 March 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 160 N.C. App. ——, 585 S.E.2d 253 (2003), finding no error in the conviction entered 28 March 2002 by Judge Orlando F. Hudson in Superior Court, Alamance County and remanding for resentencing. Heard in the Supreme Court 16 February 2004.

*Roy Cooper, Attorney General, by W. Wallace Finlator, Jr., Assistant Attorney General, for the State.*

*Duncan B. McCormick for defendant-appellant.*

PER CURIAM.

AFFIRMED.